1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)                    JS-6
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiffs Warner Bros.
   Entertainment Inc. and Twentieth
7  Century Fox Film Corporation

8  Christopher A. Villasenor, Esq.
   *cvillasenor@jurgensenvillasenor.com*
9  Jurgensen Villasenor, APC
   3111 Camino Del Rio North, Suite 310
10 San Diego, California 92108
   Telephone:  (619) 563-4150
11 Facsimile:  (619) 280-1654

12 Attorney for Defendant Kathleen Montgomery
   a/k/a Kathy Montgomery, an individual and
13 d/b/a www.oldtimeentertainment.com, and
   Old Time Entertainment

14

15            UNITED STATES DISTRICT COURT

16           CENTRAL DISTRICT OF CALIFORNIA

17                                    )
18 Warner Bros. Entertainment Inc. And )   Case No. CV10-7160 RSWL
   Twentieth Century Fox Film Corporation, )  (FMOx)
                                        )
19              Plaintiffs,            )   CONSENT DECREE AND
                                        )   PERMANENT  INJUNCTION
20        v.                           )
                                        )
21 Kathleen Montgomery a/k/a Kathy     )
   Montgomery, an individual and d/b/a )
22 www.oldtimeentertainment.com; Old   )
   Time Entertainment and Does 1-10,   )
23 inclusive,                          )
                                        )
24              Defendants.            )
                                        )
25 _____

26        The Court, having read and considered the Joint Stipulation for Entry of

27 Consent Decree and Permanent Injunction that has been executed by Plaintiffs Warner

28 Bros. Entertainment Inc. and Twentieth Century Fox Film Corporation (collectively

"Plaintiffs") and Defendants Kathleen Montgomery a/k/a Kathy Montgomery, an individual and d/b/a www.oldtimeentertainment.com, and Old Time Entertainment (collectively "Defendants") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiffs own or control the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively referred to herein as "Plaintiffs' Works").

3)      Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works until the earlier expiration of Plaintiffs' Works or a determination by a court of competent jurisdiction that such works are invalid or expired, including, but not limited to, the following:

a)   Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to illegally copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiffs' Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: April 12, 2011

RONALD S.W. LEW
_____
Hon. Ronald S. W. Lew
Senior, U.S. District Court Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiffs Warner Bros.
Entertainment Inc. and Twentieth
Century Fox Film Corporation

Jurgensen Villasenor, APC

By: _____
        Christopher A. Villasenor
Attorney for Defendants Kathleen
Montgomery a/k/a Kathy
Montgomery, an individual and d/b/a
www.oldtimeentertainment.com, and
Old Time Entertainment

# EXHIBIT A

## PLAINTIFFS' WORKS

| Copyrighted Work | Registration No. | Copyright Owner |
|---|---|---|
| A Bell for Adano | R - 536797 | Twentieth Century Fox Film Corporation |
| A Holy Terror | R - 221505 | Twentieth Century Fox Film Corporation |
| A Message to Garcia | R - 334802 | Twentieth Century Fox Film Corporation |
| A Ticket to Tomahawk | R - 662839 | Twentieth Century Fox Film Corporation |
| A Tree Grows in Brooklyn | R - 536816 | Twentieth Century Fox Film Corporation |
| American Guerrilla in the Philippines | R - 680835 | Twentieth Century Fox Film Corporation |
| Anne of the Indies | RE - 35473 | Twentieth Century Fox Film Corporation |
| Apartment for Peggy | R - 616926 | Twentieth Century Fox Film Corporation |
| April Love | RE - 237383 | Twentieth Century Fox Film Corporation |
| Banjo on My Knee | R - 344769 | Twentieth Century Fox Film Corporation |
| Barricade | R - 417113 | Twentieth Century Fox Film Corporation |
| Belle Starr | R - 458-937 | Twentieth Century Fox Film Corporation |
| Beloved Infidel | RE - 347635 | Twentieth Century Fox Film Corporation |
| Berkeley Square | R - 264443 | Twentieth Century Fox Film Corporation |
| Berlin Correspondent | R - 478801 | Twentieth Century Fox Film Corporation |
| Bernadine | RE - 237370 | Twentieth Century Fox Film Corporation |
| Billy Rose's Diamond Horseshoe | R - 551230 | Twentieth Century Fox Film Corporation |
| Black Widow | RE - 132230 | Twentieth Century Fox Film Corporation |
| Boomerang | R - 583794 | Twentieth Century Fox Film Corporation |
| Bottoms Up | R - 277922 | Twentieth Century Fox Film Corporation |
| Café Metropole | R - 357021 | Twentieth Century Fox Film Corporation |
| Call Me Mister | RE - 17888 | Twentieth Century Fox Film Corporation |
| Call of the Wild | R - 312492 | Twentieth Century Fox Film Corporation |
| Caprice | RE - 707594 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Carnival in Costa Rica | R - 583796 | Twentieth Century Fox Film Corporation |
| Centennial Summer | R - 567997 | Twentieth Century Fox Film Corporation |
| Chad Hanna | R - 441047 | Twentieth Century Fox Film Corporation |
| Change of Heart (1934) | R - 277929 | Twentieth Century Fox Film Corporation |
| Change of Heart (1938) | R - 375-591 | Twentieth Century Fox Film Corporation |
| Cheaper by the Dozen | R - 659130 | Twentieth Century Fox Film Corporation |
| Chicken Every Sunday | R - 626230 | Twentieth Century Fox Film Corporation |
| China Girl | R - 478804 | Twentieth Century Fox Film Corporation |
| City of Bad Men | RE - 94827 | Twentieth Century Fox Film Corporation |
| Cleopatra (1917) | R - 133404 | Twentieth Century Fox Film Corporation |
| Cleopatra (1963) | RE - 544757 | Twentieth Century Fox Film Corporation |
| Clive of India | R - 306387 | Twentieth Century Fox Film Corporation |
| Cluny Brown | R - 553109 | Twentieth Century Fox Film Corporation |
| Come to the Stable | R - 639121 | Twentieth Century Fox Film Corporation |
| Coney Island | R - 497065 | Twentieth Century Fox Film Corporation |
| Confirm or Deny | R - 458955 | Twentieth Century Fox Film Corporation |
| Cry of the City | R - 628123 | Twentieth Century Fox Film Corporation |
| Daddy Long Legs (1931) | R - 215876 | Twentieth Century Fox Film Corporation |
| Dancing in the Dark | R - 657307 | Twentieth Century Fox Film Corporation |
| Dangerous Years | R - 594655 | Twentieth Century Fox Film Corporation |
| Deadline - USA | RE - 57216 | Twentieth Century Fox Film Corporation |
| Destination Gobi | RE - 86773 | Twentieth Century Fox Film Corporation |
| Do You Love Me | R - 552608 | Twentieth Century Fox Film Corporation |
| Dragonwyck | R - 551216 | Twentieth Century Fox Film Corporation |
| Dreamboat | RE - 62608 | Twentieth Century Fox Film Corporation |
| Ever Since Eve (1921) | R - 37926 | Twentieth Century Fox Film Corporation |
| Ever Since Eve (1934) | R - 272266 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Fallen Angel | R - 551210 | Twentieth Century Fox Film Corporation |
| Five Fingers | RE - 57214 | Twentieth Century Fox Film Corporation |
| Footlight Serenade | R - 478810 | Twentieth Century Fox Film Corporation |
| For Heaven's Sake | R - 681814 | Twentieth Century Fox Film Corporation |
| Four Jills in a Jeep | R - 521443 | Twentieth Century Fox Film Corporation |
| Four Men and a Prayer | R - 375586 | Twentieth Century Fox Film Corporation |
| Frontier Marshal (1934) | R - 272261 | Twentieth Century Fox Film Corporation |
| Frontier Marshal (1939) | R - 410871 | Twentieth Century Fox Film Corporation |
| George White's 1935 Scandals | R - 306395 | Twentieth Century Fox Film Corporation |
| George White's Scandals | R - 277921 | Twentieth Century Fox Film Corporation |
| Give My Regards to Broadway | R - 607170 | Twentieth Century Fox Film Corporation |
| Golden Girl | RE - 48535 | Twentieth Century Fox Film Corporation |
| Goldie | R - 221503 | Twentieth Century Fox Film Corporation |
| Good Morning Miss Dove | RE - 159521 | Twentieth Century Fox Film Corporation |
| Greenwich Village | R - 521450 | Twentieth Century Fox Film Corporation |
| Half Angel (1936) | R - 334805 | Twentieth Century Fox Film Corporation |
| Half Angel (1951) | RE - 27845 | Twentieth Century Fox Film Corporation |
| Hello Frisco, Hello | R - 497054 | Twentieth Century Fox Film Corporation |
| Hilda Crane | RE - 205199 | Twentieth Century Fox Film Corporation |
| Hollywood Cavalcade | R - 417121 | Twentieth Century Fox Film Corporation |
| Home in Indiana | R - 521453 | Twentieth Century Fox Film Corporation |
| Hudson's Bay | R - 451276 | Twentieth Century Fox Film Corporation |
| I Can Get it For You Wholesale | RE - 24317 | Twentieth Century Fox Film Corporation |
| I Wake Up Screaming | R - 458994 | Twentieth Century Fox Film Corporation |
| I Was an Adventuress | R - 432919 | Twentieth Century Fox Film Corporation |
| I Wonder Whose Kissing Her Now | R - 583803 | Twentieth Century Fox Film Corporation |
| Iceland | R - 478811 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| I'd Climb the Highest Mountain | RE - 21158 | Twentieth Century Fox Film Corporation |
| I'll Get By | R - 680832 | Twentieth Century Fox Film Corporation |
| I'll Never Forget You a/k/a the House in the Square | RE - 41378 | Twentieth Century Fox Film Corporation |
| In the Meantime, Darling | R - 521463 | Twentieth Century Fox Film Corporation |
| Inferno (1953) | RE - 94823 | Twentieth Century Fox Film Corporation |
| Irish Eyes Are Smiling | R - 521456 | Twentieth Century Fox Film Corporation |
| It Had to Happen | R - 328117 | Twentieth Century Fox Film Corporation |
| It Happened in Athens | RE - 456677 | Twentieth Century Fox Film Corporation |
| It's A Small World | R - 312486 | Twentieth Century Fox Film Corporation |
| It's A Wonderful World | RE - 280020 | Twentieth Century Fox Film Corporation |
| Johnny Apollo | R - 424037 | Twentieth Century Fox Film Corporation |
| Junior Miss | R - 536796 | Twentieth Century Fox Film Corporation |
| Kentucky | R - 391423 | Twentieth Century Fox Film Corporation |
| King of Burlesque | R - 328122 | Twentieth Century Fox Film Corporation |
| Ladies in Love | R - 344762 | Twentieth Century Fox Film Corporation |
| Lancer Spy | R - 367492 | Twentieth Century Fox Film Corporation |
| Last of The Duanes (1919) | R - 11722 | Twentieth Century Fox Film Corporation |
| Last of The Duanes (1924) | R - 80725 | Twentieth Century Fox Film Corporation |
| Last of The Duanes (1930) | R - 201138 | Twentieth Century Fox Film Corporation |
| Last of The Duanes (1941) | R - 458932 | Twentieth Century Fox Film Corporation |
| Lillian Russell | R - 432928 | Twentieth Century Fox Film Corporation |
| Little Old New York | R - 424031 | Twentieth Century Fox Film Corporation |
| Love Under Fire | R - 361355 | Twentieth Century Fox Film Corporation |
| Lure of the Wilderness | RE - 62605 | Twentieth Century Fox Film Corporation |
| Madison Avenue | RE - 453392 | Twentieth Century Fox Film Corporation |
| Man About Town | R - 237754 | Twentieth Century Fox Film Corporation |
| Margie | R - 568003 | Twentieth Century Fox |

| | | |
|---|---|---|
| | | Film Corporation |
| Maryland | R - 432926 | Twentieth Century Fox Film Corporation |
| Meet Me After the Show | RE - 31469 | Twentieth Century Fox Film Corporation |
| Mister 880 | R - 680830 | Twentieth Century Fox Film Corporation |
| Moon Over Miami | R - 458934 | Twentieth Century Fox Film Corporation |
| Moss Rose | R - 583800 | Twentieth Century Fox Film Corporation |
| Mother is a Freshmen | R - 637153 | Twentieth Century Fox Film Corporation |
| Mother Wore Tights | R - 584188 | Twentieth Century Fox Film Corporation |
| Mr. Belvedere Goes to College | R - 637158 | Twentieth Century Fox Film Corporation |
| Mr. Belvedere Rings the Bell | RE - 29903 | Twentieth Century Fox Film Corporation |
| My Blue Heaven | R - 671299 | Twentieth Century Fox Film Corporation |
| My Cousin Rachel | RE - 68358 | Twentieth Century Fox Film Corporation |
| My Gal Sal | R - 478783 | Twentieth Century Fox Film Corporation |
| Nancy Steel is Missing | R - 350867 | Twentieth Century Fox Film Corporation |
| Night People | RE - 123649 | Twentieth Century Fox Film Corporation |
| Nob Hill | R - 536822 | Twentieth Century Fox Film Corporation |
| Now I'll tell | R - 277927 | Twentieth Century Fox Film Corporation |
| Oh, For  A Man | R - 206602 | Twentieth Century Fox Film Corporation |
| Oh, You Beautiful Doll | R - 659121 | Twentieth Century Fox Film Corporation |
| O'Henry's Full House | RE - 63573 | Twentieth Century Fox Film Corporation |
| One Million Years B.C. | RE - 621455 | Twentieth Century Fox Film Corporation |
| Our Little Girl | R - 312491 | Twentieth Century Fox Film Corporation |
| People Will Talk | RE - 31467 | Twentieth Century Fox Film Corporation |
| Pigskin Parade | R - 344765 | Twentieth Century Fox Film Corporation |
| Pony Soldier | RE - 67279 | Twentieth Century Fox Film Corporation |
| Private Number | R - 334813 | Twentieth Century Fox Film Corporation |
| Prudence and the Pill | RE - 737927 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Ramona | R - 339637 | Twentieth Century Fox Film Corporation |
| Remember the Day | R - 458948 | Twentieth Century Fox Film Corporation |
| Rendezvous | R - 552607 | Twentieth Century Fox Film Corporation |
| Renegades | R - 201142 | Twentieth Century Fox Film Corporation |
| Rings on Her Fingers | R - 475964 | Twentieth Century Fox Film Corporation |
| Rise and Shine | R - 458947 | Twentieth Century Fox Film Corporation |
| Rose of Washington Square | R - 399752 | Twentieth Century Fox Film Corporation |
| Sally, Irene and Mary | R - 375594 | Twentieth Century Fox Film Corporation |
| Say One For Me | RE - 347631 | Twentieth Century Fox Film Corporation |
| Scudda Hoo! Scudda Hay! | R - 601501 | Twentieth Century Fox Film Corporation |
| Second Chance | R - 583802 | Twentieth Century Fox Film Corporation |
| Sentimental Journey | R - 551213 | Twentieth Century Fox Film Corporation |
| Seventh Heaven | R - 350863 | Twentieth Century Fox Film Corporation |
| She Learned About Sailors | R - 295060 | Twentieth Century Fox Film Corporation |
| Sing and Be Happy | R - 357023 | Twentieth Century Fox Film Corporation |
| Sing, Baby, Sing | R - 339634 | Twentieth Century Fox Film Corporation |
| Sitting Pretty (1948) | R - 601502 | Twentieth Century Fox Film Corporation |
| Smoky (1933) | R - 270115 | Twentieth Century Fox Film Corporation |
| Smoky (1946) | R - 568002 | Twentieth Century Fox Film Corporation |
| Smoky (1966) | RE - 682175 | Twentieth Century Fox Film Corporation |
| Soldier of Fortune | RE - 159508 | Twentieth Century Fox Film Corporation |
| Something For the Birds | RE - 92990 | Twentieth Century Fox Film Corporation |
| Son of Fury: The Story of Benjamin Blake | R - 458956 | Twentieth Century Fox Film Corporation |
| Son of Robin Hood | RE - 290600 | Twentieth Century Fox Film Corporation |
| Song O' My Heart 1930 | R - 192131 | Twentieth Century Fox Film Corporation |
| Song of the Islands | R - 457971 | Twentieth Century Fox Film Corporation |
| Springtime in the Rockies | R - 478791 | Twentieth Century Fox |

| | | Film Corporation |
|---|---|---|
| Stagecoach (1939) | R - 402779 | Twentieth Century Fox Film Corporation |
| Stanley and Livingston | R - 410878 | Twentieth Century Fox Film Corporation |
| Star Dust | R - 424034 | Twentieth Century Fox Film Corporation |
| Stars and Stripes Forever | RE - 68357 | Twentieth Century Fox Film Corporation |
| State Fair  (1945) | R - 551208 | Twentieth Century Fox Film Corporation |
| State Fair (1933) | R - 255642 | Twentieth Century Fox Film Corporation |
| State Fair (1962) | RE - 505362 | Twentieth Century Fox Film Corporation |
| Stowaway | R - 344759 | Twentieth Century Fox Film Corporation |
| Suez | R - 391429 | Twentieth Century Fox Film Corporation |
| Sunday Dinner for A Soldier | R - 521457 | Twentieth Century Fox Film Corporation |
| Swamp Water | R - 458945 | Twentieth Century Fox Film Corporation |
| Sweet and Low-Down | R - 521446 | Twentieth Century Fox Film Corporation |
| Sweet Rosie O'Grady | R - 497068 | Twentieth Century Fox Film Corporation |
| Tail Spin | R - 399744 | Twentieth Century Fox Film Corporation |
| Take Care of My Little Girl | RE - 24320 | Twentieth Century Fox Film Corporation |
| Take Her, She's Mine | RE - 543854 | Twentieth Century Fox Film Corporation |
| Tales of Manhattan | R - 478788 | Twentieth Century Fox Film Corporation |
| Teenage Rebel | RE - 205214 | Twentieth Century Fox Film Corporation |
| Ten Gentlemen from Westpoint | R - 478806 | Twentieth Century Fox Film Corporation |
| Ten North Frederick | RE - 290581 | Twentieth Century Fox Film Corporation |
| Thanks A Million | R - 324212 | Twentieth Century Fox Film Corporation |
| Thanks for Everything | R - 391424 | Twentieth Century Fox Film Corporation |
| That Lady in Ermine | R - 611935 | Twentieth Century Fox Film Corporation |
| The Adventures of Hajji Baba | RE - 132234 | Twentieth Century Fox Film Corporation |
| The Affairs of Cellini | R - 277930 | Twentieth Century Fox Film Corporation |
| The Bacholer Party | RE - 210166 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| The Beautiful Blonde from Bashful Bend | R - 637159 | Twentieth Century Fox Film Corporation |
| The Best Man | ? | Twentieth Century Fox Film Corporation |
| The Best Things in Life are Free | RE - 205211 | Twentieth Century Fox Film Corporation |
| The Big Gamble | RE - 395279 | Twentieth Century Fox Film Corporation |
| The Black Rose | R - 671301 | Twentieth Century Fox Film Corporation |
| The Bowery | R - 270111 | Twentieth Century Fox Film Corporation |
| The Boy on a Dolphin | RE - 237365 | Twentieth Century Fox Film Corporation |
| The Devil's In Love | R - 264434 | Twentieth Century Fox Film Corporation |
| The Dolly Sisters | R - 551212 | Twentieth Century Fox Film Corporation |
| The Fan | R - 637154 | Twentieth Century Fox Film Corporation |
| The Farmer Takes a Wife (1935) | R - 316863 | Twentieth Century Fox Film Corporation |
| The Farmer Takes a Wife (1953)LP - 2923 | RE - 94824 | Twentieth Century Fox Film Corporation |
| The Frogmen | RE - 24323 | Twentieth Century Fox Film Corporation |
| The Gambler from Natchez | RE - 132239 | Twentieth Century Fox Film Corporation |
| The Gang's All Here | R - 499497 | Twentieth Century Fox Film Corporation |
| The Ghost and Mrs. Muir | R - 583801 | Twentieth Century Fox Film Corporation |
| The Gift of Love | RE - 290566 | Twentieth Century Fox Film Corporation |
| The Girl Next Door 1953 | RE - 98325 | Twentieth Century Fox Film Corporation |
| The Great American broadcast | R - 461727 | Twentieth Century Fox Film Corporation |
| The Homestretch | R - 583798 | Twentieth Century Fox Film Corporation |
| The House of Rothschild | R - 277919 | Twentieth Century Fox Film Corporation |
| The I Don't Care Girl | RE - 75410 | Twentieth Century Fox Film Corporation |
| The Immortal Sergeant | R - 478796 | Twentieth Century Fox Film Corporation |
| The Iron Curtain | R - 608641 | Twentieth Century Fox Film Corporation |
| The Kid From Left Field | RE - 94826 | Twentieth Century Fox Film Corporation |
| The Late George Apely | R - 583795 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| The Left Hand of God | RE - 159513 | Twentieth Century Fox Film Corporation |
| The Luck of the Irish | R - 613498 | Twentieth Century Fox Film Corporation |
| The Man Who Understood Women | RE - 345227 | Twentieth Century Fox Film Corporation |
| The Manificent Dope | R - 478785 | Twentieth Century Fox Film Corporation |
| The Meanest Man in the World | R - 478793 | Twentieth Century Fox Film Corporation |
| The Mighty Barnum | R - 306383 | Twentieth Century Fox Film Corporation |
| The Model and the Marriage Broker | RE - 48536 | Twentieth Century Fox Film Corporation |
| The Outcasts of Poker Flats | RE - 57897 | Twentieth Century Fox Film Corporation |
| The Pleasure Seekers | LP - 631913 | Twentieth Century Fox Film Corporation |
| The Rains of Ranchipur | RE - 159522 | Twentieth Century Fox Film Corporation |
| The Remarkable Mr. Pennypacker | RE - 290593 | Twentieth Century Fox Film Corporation |
| The Sea Wolf | R - 201150 | Twentieth Century Fox Film Corporation |
| The Second Time Around | RE - 453380 | Twentieth Century Fox Film Corporation |
| The Secret of Convict Lake | RE - 29389 | Twentieth Century Fox Film Corporation |
| The Shocking Miss Pilgrim | R - 568010 | Twentieth Century Fox Film Corporation |
| The Story of Alexander Graham Bell | R - 399745 | Twentieth Century Fox Film Corporation |
| The View from Pompey's Head | RE - 159518 | Twentieth Century Fox Film Corporation |
| This is My Affair | R - 357019 | Twentieth Century Fox Film Corporation |
| This is the Life (1917) | R - 133405 | Twentieth Century Fox Film Corporation |
| This is the Life (1935) | R - 320840 | Twentieth Century Fox Film Corporation |
| Three Little Girls in Blue | R - 568007 | Twentieth Century Fox Film Corporation |
| Thru Different Eyes (1929) | R - 170297 | Twentieth Century Fox Film Corporation |
| Thru Different Eyes (1942) | R - 478786 | Twentieth Century Fox Film Corporation |
| Tin Pan Alley (1919) | R - 8811 | Twentieth Century Fox Film Corporation |
| Tin Pan Alley (1940) | R - 441045 | Twentieth Century Fox Film Corporation |
| Titanic (1953) | RE - 86775 | Twentieth Century Fox Film Corporation |
| Tobacco Road | R - 451268 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Treasure of the Golden Condor | RE - 82959 | Twentieth Century Fox Film Corporation |
| Two Flags West | R - 680836 | Twentieth Century Fox Film Corporation |
| Untamed | RE - 159502 | Twentieth Century Fox Film Corporation |
| Violent Saturday | RE - 159506 | Twentieth Century Fox Film Corporation |
| Wabash Avenue | R - 659128 | Twentieth Century Fox Film Corporation |
| Wake Me When It's Over | RE - 474194 | Twentieth Century Fox Film Corporation |
| Wake Up and Dream | R - 568011 | Twentieth Century Fox Film Corporation |
| Wake Up and Live | R - 357028 | Twentieth Century Fox Film Corporation |
| Way of a Gaucho | RE - 65324 | Twentieth Century Fox Film Corporation |
| Weekend in Havana | R - 458939 | Twentieth Century Fox Film Corporation |
| When My Baby Smiles at Me | R - 618946 | Twentieth Century Fox Film Corporation |
| Where Do We Go From Here? | R - 536821 | Twentieth Century Fox Film Corporation |
| White Fang | R - 339623 | Twentieth Century Fox Film Corporation |
| White Witch Doctor | RE - 94510 | Twentieth Century Fox Film Corporation |
| Wife, Doctor, and Nurse | R - 361356 | Twentieth Century Fox Film Corporation |
| Wife, Husband and Friend | R - 399748 | Twentieth Century Fox Film Corporation |
| Wild Geese Calling | R - 458943 | Twentieth Century Fox Film Corporation |
| Wild River | RE - 395235 | Twentieth Century Fox Film Corporation |
| With A Song in My Heart | RE - 57894 | Twentieth Century Fox Film Corporation |
| Woman Obsessed | RE - 345224 | Twentieth Century Fox Film Corporation |
| Woman's World | RE - 132235 | Twentieth Century Fox Film Corporation |
| You Can't Have Everything | R - 361352 | Twentieth Century Fox Film Corporation |
| You Were Meant for Me | R - 596841 | Twentieth Century Fox Film Corporation |
| You're My Everything | R - 639122 | Twentieth Century Fox Film Corporation |
| Zoo in Budapest | R - 260175 | Twentieth Century Fox Film Corporation |
| 42nd Street | R256878 | Warner Bros. Entertainment Inc. |
| 80 Steps to Jonah | R766975 | Warner Bros. |

| | | | Entertainment Inc. |
|---|---|---|---|
| About Face | RE12213 | | Warner Bros. Entertainment Inc. |
| Advise and Consent | RE482471 | | Warner Bros. Entertainment Inc. |
| After Office Hours | R291452 | | Warner Bros. Entertainment Inc. |
| Ah, Wilderness! | R305263 | | Warner Bros. Entertainment Inc. |
| All the Fine Young Cannibals | RE 396 244 | | Warner Bros. Entertainment Inc. |
| All Through the Night | R474616 | | Warner Bros. Entertainment Inc. |
| Along the Great Divide | RE12198 | | Warner Bros. Entertainment Inc. |
| Always Leave Them Laughing | R653702 | | Warner Bros. Entertainment Inc. |
| Ambush | R656803 | | Warner Bros. Entertainment Inc. |
| Andy Hardy Gets Spring Fever | R389761 | | Warner Bros. Entertainment Inc. |
| Andy Hardy's Blonde Trouble | R506766 | | Warner Bros. Entertainment Inc. |
| Andy Hardy's Private Secretary | R429742 | | Warner Bros. Entertainment Inc. |
| Angel Face | R73598 | | Warner Bros. Entertainment Inc. |
| Ann Vickers | R268808 | | Warner Bros. Entertainment Inc. |
| Another Dawn | R345332 | | Warner Bros. Entertainment Inc. |
| Another Language | R260803 | | Warner Bros. Entertainment Inc. |
| Anthony Adverse | LP6465 | | Warner Bros. Entertainment Inc. |
| Apache Trail | R463971 | | Warner Bros. Entertainment Inc. |
| Arsene Lupin Returns | R356572 | | Warner Bros. Entertainment Inc. |
| Athena | RE116756 | | Warner Bros. Entertainment Inc. |
| Atlantis, The Lost Continent | RE 391285 | | Warner Bros. Entertainment Inc. |
| B.F.'s Daughter | R602594 | | Warner Bros. Entertainment Inc. |
| Bachelor Father, The | R207790 | | Warner Bros. Entertainment Inc. |
| Bachelor Mother | R393972 | | Warner Bros. Entertainment Inc. |
| Bad Bascomb | R545748 | | Warner Bros. Entertainment Inc. |
| Bad Man, The | R432288 | | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Badman's Territory | R551685 | Warner Bros. Entertainment Inc. |
| Bamboo Blonde, The | R560798 | Warner Bros. Entertainment Inc. |
| Barbarian, The | R257277 | Warner Bros. Entertainment Inc. |
| Barretts of Wimpole Street, The | R281164 | Warner Bros. Entertainment Inc. |
| Barricade | R650853 | Warner Bros. Entertainment Inc. |
| Battle Zone | R51577 | Warner Bros. Entertainment Inc. |
| Beginning or the End, The | R568696 | Warner Bros. Entertainment Inc. |
| Between Two Worlds | R521034 | Warner Bros. Entertainment Inc. |
| Big Business Girl | R215571 | Warner Bros. Entertainment Inc. |
| Big Gamble, The | R234885 | Warner Bros. Entertainment Inc. |
| Big House, The | R206816 | Warner Bros. Entertainment Inc. |
| Big Leaguer | RE77519 | Warner Bros. Entertainment Inc. |
| Big Parade, The | R151552 | Warner Bros. Entertainment Inc. |
| Big Shot, The | R474639 | Warner Bros. Entertainment Inc. |
| Billy the Kid | R207797 | Warner Bros. Entertainment Inc. |
| Black Fury | R294791 | Warner Bros. Entertainment Inc. |
| Blondie of the Follies | R243005 | Warner Bros. Entertainment Inc. |
| Bombardier | R486272 | Warner Bros. Entertainment Inc. |
| Born to Love | R234630 | Warner Bros. Entertainment Inc. |
| Boy with Green Hair, The | R632489 | Warner Bros. Entertainment Inc. |
| Bride by Mistake | R513135 | Warner Bros. Entertainment Inc. |
| Bridge to the Sun | RE441172 | Warner Bros. Entertainment Inc. |
| Bright Leaf | R671969 | Warner Bros. Entertainment Inc. |
| British Agent | R286406 | Warner Bros. Entertainment Inc. |
| Broadway Rhythm | R498554 | Warner Bros. Entertainment Inc. |
| Cabin in the Sky | R479072 | Warner Bros. Entertainment Inc. |
| Caged | R666337 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Cairo | 1942: R467144 1963: RE534899 | Warner Bros. Entertainment Inc. |
| Call of the Flesh | R207068 | Warner Bros. Entertainment Inc. |
| Canterville Ghost, The | R506846 | Warner Bros. Entertainment Inc. |
| Captain Blood | R311594 | Warner Bros. Entertainment Inc. |
| Captured | R260651 | Warner Bros. Entertainment Inc. |
| Casablanca | R479239 | Warner Bros. Entertainment Inc. |
| Cash McCall | RE342425 | Warner Bros. Entertainment Inc. |
| China Clipper | R333650 | Warner Bros. Entertainment Inc. |
| Cockeyed Miracle, The | R555324 | Warner Bros. Entertainment Inc. |
| Colt .45 | S. 1, Ep. 2: A TIME TO DIE: RE253713; S. 3: Ep. 28: THE TRESPASSER: RE374450 | Warner Bros. Entertainment Inc. |
| Common Law, The | R234882 | Warner Bros. Entertainment Inc. |
| Consolation Marriage | R234904 | Warner Bros. Entertainment Inc. |
| Cornered | R545419 | Warner Bros. Entertainment Inc. |
| Cowboy from Brooklyn | R380512 | Warner Bros. Entertainment Inc. |
| Crowd Roars, The | R365877 | Warner Bros. Entertainment Inc. |
| Cry Havoc | R498550 | Warner Bros. Entertainment Inc. |
| Dangerous Mission | RE148081 | Warner Bros. Entertainment Inc. |
| Dangerous Partners | R533876 | Warner Bros. Entertainment Inc. |
| Daughters Courageous | R410593 | Warner Bros. Entertainment Inc. |
| Day the Bookies Wept, The | R406423 | Warner Bros. Entertainment Inc. |
| Daybreak | R221582 | Warner Bros. Entertainment Inc. |
| Desert Song, The | R182902 | Warner Bros. Entertainment Inc. |
| Desert Song, The | 1943: R498983; 1953: RE50823 | Warner Bros. Entertainment Inc. |
| Desperate | R584163 | Warner Bros. |

| | | |
|---|---|---|
| | | Entertainment Inc. |
| Devotion | R234892 | Warner Bros. Entertainment Inc. |
| Divorcee, The | R197584 | Warner Bros. Entertainment Inc. |
| Easy to Love | 1933: R272628; 1953: R77460 | Warner Bros. Entertainment Inc. |
| Edge of Darkness (Errol Flynn) | R498959 | Warner Bros. Entertainment Inc. |
| Emperor's Candlesticks, The | R 340 474 | Warner Bros. Entertainment Inc. |
| Employees Entrance | R256866 | Warner Bros. Entertainment Inc. |
| Enchanted Cottage, The | R529248 | Warner Bros. Entertainment Inc. |
| Escapade in Japan | RE244570 | Warner Bros. Entertainment Inc. |
| Escape from East Berlin | RE489844 | Warner Bros. Entertainment Inc. |
| Ever Since Eve | R345348 | Warner Bros. Entertainment Inc. |
| Every Girl Should be Married | R632490 | Warner Bros. Entertainment Inc. |
| Ex-Mrs.Bradford, The | R316933 | Warner Bros. Entertainment Inc. |
| Fast and Furious 1939 | R395182 | Warner Bros. Entertainment Inc. |
| Feminine Touch, The | R442882 | Warner Bros. Entertainment Inc. |
| Fiesta | R578944 | Warner Bros. Entertainment Inc. |
| Fight For Your Lady | R358010 | Warner Bros. Entertainment Inc. |
| Fighter Squadron | R619709 | Warner Bros. Entertainment Inc. |
| Fingers at the Window | R457711 | Warner Bros. Entertainment Inc. |
| Firefly, The | R345677 | Warner Bros. Entertainment Inc. |
| Five and Ten | R216600 | Warner Bros. Entertainment Inc. |
| Five Man Army, The | RE759721 | Warner Bros. Entertainment Inc. |
| Flaxy Martin | R629496 | Warner Bros. Entertainment Inc. |
| Flight Angels | R434238 | Warner Bros. Entertainment Inc. |
| Flight Command | R424636 | Warner Bros. Entertainment Inc. |
| Florodora Girl, The | R206815 | Warner Bros. Entertainment Inc. |
| Follow the Boys | RE536340 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| French Line, The | RE106591 | Warner Bros. Entertainment Inc. |
| Gathering, The | Renewal for Pt. 1: RE 921779; PT. 2: PA277928 | Warner Bros. Entertainment Inc. |
| Gay Sisters, The | R474645 | Warner Bros. Entertainment Inc. |
| George White's Scandals | R535527 | Warner Bros. Entertainment Inc. |
| Girl from Missouri, The | R279821 | Warner Bros. Entertainment Inc. |
| Girl He Left Behind, The | RE212838 | Warner Bros. Entertainment Inc. |
| Girl in Every Port, A | RE73595 | Warner Bros. Entertainment Inc. |
| Girl Who Had Everything, The | RE43652 | Warner Bros. Entertainment Inc. |
| Go Into Your Dance | R304080 | Warner Bros. Entertainment Inc. |
| God's Gift to Women | R215567 | Warner Bros. Entertainment Inc. |
| Gold is Where You Find It | R359665 | Warner Bros. Entertainment Inc. |
| Goodbye, My Fancy | RE12195 | Warner Bros. Entertainment Inc. |
| Government Girl | R499986 | Warner Bros. Entertainment Inc. |
| Green Light, The | R333669 | Warner Bros. Entertainment Inc. |
| Green Years, The | R549471 | Warner Bros. Entertainment Inc. |
| Gypsy | RE 484-438 | Warner Bros. Entertainment Inc. |
| Hanging Tree, The | RE 342-417 | Warner Bros. Entertainment Inc. |
| Happiness Ahead | R286411 | Warner Bros. Entertainment Inc. |
| Hard to Get | R378465 | Warner Bros. Entertainment Inc. |
| Hatchet Man, The | R235215 | Warner Bros. Entertainment Inc. |
| Helen Morgan Story, The | RE255596 | Warner Bros. Entertainment Inc. |
| Hell Divers | R230217 | Warner Bros. Entertainment Inc. |
| Her Highness and the Bellboy | R532018 | Warner Bros. Entertainment Inc. |
| Here comes the navy | R279423 | Warner Bros. Entertainment Inc. |
| His Kind of Woman | RE42685 | Warner Bros. Entertainment Inc. |
| Hit the Deck | RE116765 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Hitler's Madman | R488042 | Warner Bros. Entertainment Inc. |
| Holiday Affair | R648102 | Warner Bros. Entertainment Inc. |
| Holiday in Mexico | R555969 | Warner Bros. Entertainment Inc. |
| Hollywood Canteen | R537591 | Warner Bros. Entertainment Inc. |
| Homecoming | R602596 | Warner Bros. Entertainment Inc. |
| Honky Tonk | R443463 | Warner Bros. Entertainment Inc. |
| Horn Blows at Midnight, The | R538964 | Warner Bros. Entertainment Inc. |
| House of Numbers | RE234931 | Warner Bros. Entertainment Inc. |
| Housewife | R281400 | Warner Bros. Entertainment Inc. |
| I Dood It | R488700 | Warner Bros. Entertainment Inc. |
| I Like Your Nerve | R221912 | Warner Bros. Entertainment Inc. |
| I Take This Woman | R402775 | Warner Bros. Entertainment Inc. |
| I Thank A Fool | RE489841 | Warner Bros. Entertainment Inc. |
| Ice Follies of 1939, The | R381645 | Warner Bros. Entertainment Inc. |
| Idiot's Delight | R379104 | Warner Bros. Entertainment Inc. |
| If I were Free | R268813 | Warner Bros. Entertainment Inc. |
| If You Knew Susie | R604561 | Warner Bros. Entertainment Inc. |
| I'll Cry Tomorrow | RE151745 | Warner Bros. Entertainment Inc. |
| In Person | R305969 | Warner Bros. Entertainment Inc. |
| Indianapolis Speedway | R410591 | Warner Bros. Entertainment Inc. |
| Invitation | RE23186 | Warner Bros. Entertainment Inc. |
| Irene | R412539 | Warner Bros. Entertainment Inc. |
| It Happened in Brooklyn | R570604 | Warner Bros. Entertainment Inc. |
| It Happened on Fifth Avenue | R588503 | Warner Bros. Entertainment Inc. |
| It's A Dogs Life | RE151748 | Warner Bros. Entertainment Inc. |
| It's A Wonderful World | R385282 | Warner Bros. Entertainment Inc. |
| It's Love I'm After | R359647 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Jimmy the Gent | R274566 | Warner Bros. Entertainment Inc. |
| Johnny Angel | R535526 | Warner Bros. Entertainment Inc. |
| Johnny Eager | R450432 | Warner Bros. Entertainment Inc. |
| Journey for Margaret | R471613 | Warner Bros. Entertainment Inc. |
| Juarez | R408954 | Warner Bros. Entertainment Inc. |
| Judge Hardy and Son | R399075 | Warner Bros. Entertainment Inc. |
| Judge Hardy's Children | R358219 | Warner Bros. Entertainment Inc. |
| Julie | RE189388 | Warner Bros. Entertainment Inc. |
| Jupiter's Darling | RE116763 | Warner Bros. Entertainment Inc. |
| Kid Nightingale | R419621 | Warner Bros. Entertainment Inc. |
| Kind Lady | RE10047 | Warner Bros. Entertainment Inc. |
| King of the Lumberjacks | R432330 | Warner Bros. Entertainment Inc. |
| King of the Underworld | R396026 | Warner Bros. Entertainment Inc. |
| Lady Be Good | R438767 | Warner Bros. Entertainment Inc. |
| Lady's Morals, A | R207812 | Warner Bros. Entertainment Inc. |
| Las Vegas Story, The | RE73590 | Warner Bros. Entertainment Inc. |
| Last Gangster, The | R348589 | Warner Bros. Entertainment Inc. |
| Latin Lovers | RE77520 | Warner Bros. Entertainment Inc. |
| Laughing Sinners | R215858 | Warner Bros. Entertainment Inc. |
| let's Try Again | R281534 | Warner Bros. Entertainment Inc. |
| Letter for Evie, A | R541577 | Warner Bros. Entertainment Inc. |
| Life Begins | R242626 | Warner Bros. Entertainment Inc. |
| Life of Jimmy Dolan, The | R258572 | Warner Bros. Entertainment Inc. |
| Lightning Strikes Twice | R286606 | Warner Bros. Entertainment Inc. |
| Liquidator, The | RE585303 | Warner Bros. Entertainment Inc. |
| Locket, The | R570313 | Warner Bros. Entertainment Inc. |
| Look for the Silver Lining | R638352 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Loose Ankles | R187770 | Warner Bros. Entertainment Inc. |
| Love is a Headache | R355176 | Warner Bros. Entertainment Inc. |
| Love on the Run | R326309 | Warner Bros. Entertainment Inc. |
| Lucky Night | R384976 | Warner Bros. Entertainment Inc. |
| Macao | RE73591 | Warner Bros. Entertainment Inc. |
| Main Street After Dark | R517411 | Warner Bros. Entertainment Inc. |
| Majority of One, A | RE434238 | Warner Bros. Entertainment Inc. |
| Man-Proof | R351620 | Warner Bros. Entertainment Inc. |
| Mara Maru | RE50807 | Warner Bros. Entertainment Inc. |
| Marine Raiders | R513127 | Warner Bros. Entertainment Inc. |
| Marriage is a Private Affair | R509582 | Warner Bros. Entertainment Inc. |
| Massacre River | R635596 | Warner Bros. Entertainment Inc. |
| Mating Game, The | RE340286 | Warner Bros. Entertainment Inc. |
| Maytime | R334475 | Warner Bros. Entertainment Inc. |
| Meet Me in Las Vegas | RE189370 | Warner Bros. Entertainment Inc. |
| Meet Me in St. Louis | R516252 | Warner Bros. Entertainment Inc. |
| Meet the People | R503205 | Warner Bros. Entertainment Inc. |
| Men in White | R272223 | Warner Bros. Entertainment Inc. |
| Merton of the Movies | R581042 | Warner Bros. Entertainment Inc. |
| Mildred Pierce | R543359 | Warner Bros. Entertainment Inc. |
| Miracle, The | RE342422 | Warner Bros. Entertainment Inc. |
| Montana Moon | R197576 | Warner Bros. Entertainment Inc. |
| Monte Carlo | R125382 | Warner Bros. Entertainment Inc. |
| Mother Carey's Chickens | R373944 | Warner Bros. Entertainment Inc. |
| Mr. Doodle Kicks Off | R373954 | Warner Bros. Entertainment Inc. |
| Mrs. Parkington | R515300 | Warner Bros. Entertainment Inc. |
| Murder in the Fleet | R295852 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Murder in the Private Car | R278762 | Warner Bros. Entertainment Inc. |
| Music for Millions | R 517 823 | Warner Bros. Entertainment Inc. |
| Music in Manhattan | R513134 | Warner Bros. Entertainment Inc. |
| My Blue Heaven | PA487976 | Warner Bros. Entertainment Inc. |
| My Forbidden Past | RE5333 | Warner Bros. Entertainment Inc. |
| My Life with Caroline | R446814 | Warner Bros. Entertainment Inc. |
| My Man and I | RE43728 | Warner Bros. Entertainment Inc. |
| My Pal, Wolf | R522297 | Warner Bros. Entertainment Inc. |
| Mysterious Doctor, The | R498954 | Warner Bros. Entertainment Inc. |
| Mystery in Mexico | R609093 | Warner Bros. Entertainment Inc. |
| Naughty But Nice | R410596 | Warner Bros. Entertainment Inc. |
| Naughty Flirt, The | R208352 | Warner Bros. Entertainment Inc. |
| Naughty Marietta | R292426 | Warner Bros. Entertainment Inc. |
| Navy Blue and Gold | R349435 | Warner Bros. Entertainment Inc. |
| Navy Blues | R460023 | Warner Bros. Entertainment Inc. |
| Navy Comes Through, The | R4772239 | Warner Bros. Entertainment Inc. |
| Never Let Me Go | RE77533 | Warner Bros. Entertainment Inc. |
| Never Say Goodbye | R562334 | Warner Bros. Entertainment Inc. |
| Never the Twain Shall meet | R221584 | Warner Bros. Entertainment Inc. |
| New Moon | (1931) R207789 (1940) R412529 | Warner Bros. Entertainment Inc. |
| Next Voice You Hear, The | R669962 | Warner Bros. Entertainment Inc. |
| Night Must Fall | 1937: R334477 1964: RE586271 | Warner Bros. Entertainment Inc. |
| No Leave, No Love | R557779 | Warner Bros. Entertainment Inc. |
| No More Ladies | R297100 | Warner Bros. Entertainment Inc. |
| No Time for Sergeants | RE 253 387 | Warner Bros. Entertainment Inc. |
| Nocturne | R570315 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Nora Prentiss | R571692 | Warner Bros. Entertainment Inc. |
| Northern Pursuit | R498980 | Warner Bros. Entertainment Inc. |
| Not So Dumb | R195512 | Warner Bros. Entertainment Inc. |
| Objective, Burma! | R538961 | Warner Bros. Entertainment Inc. |
| Of Human Hearts | R356574 | Warner Bros. Entertainment Inc. |
| Old Man Rhythm | R305956 | Warner Bros. Entertainment Inc. |
| On Your Toes | R419623 | Warner Bros. Entertainment Inc. |
| One Foot in Heaven | R460032 | Warner Bros. Entertainment Inc. |
| One Minute to Zero | RE73601 | Warner Bros. Entertainment Inc. |
| One Sunday Afternoon | R625863 | Warner Bros. Entertainment Inc. |
| One Way Passage | R242628 | Warner Bros. Entertainment Inc. |
| Onionhead | RE 288109 | Warner Bros. Entertainment Inc. |
| Operator 13 | R277497 | Warner Bros. Entertainment Inc. |
| Our Blushing Brides | R207065 | Warner Bros. Entertainment Inc. |
| Our Modern Maidens | R190522 | Warner Bros. Entertainment Inc. |
| Out West With the hardy's | R373514 | Warner Bros. Entertainment Inc. |
| Outcasts of Poker Flat, The | R342152 | Warner Bros. Entertainment Inc. |
| Outward Bound | R208830 | Warner Bros. Entertainment Inc. |
| Page Miss Glory | R304084 | Warner Bros. Entertainment Inc. |
| Paid | R207788 | Warner Bros. Entertainment Inc. |
| Parnell | R338639 | Warner Bros. Entertainment Inc. |
| Passionate Plumber, The | R230220 | Warner Bros. Entertainment Inc. |
| Patsy, The | R164416 | Warner Bros. Entertainment Inc. |
| People Against O'Hara, The | RE10228 | Warner Bros. Entertainment Inc. |
| Perfect Specimen, The | R359646 | Warner Bros. Entertainment Inc. |
| Personal Property | R334167 | Warner Bros. Entertainment Inc. |
| Personality Kid, The | R278729 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Petticoat Fever | R312968 | Warner Bros. Entertainment Inc. |
| Pilot #5 | R482529 | Warner Bros. Entertainment Inc. |
| Polly of the Circus | R232435 | Warner Bros. Entertainment Inc. |
| Power and the Prize, The | RE189385 | Warner Bros. Entertainment Inc. |
| Pride of the Marines | R539215 | Warner Bros. Entertainment Inc. |
| Primrose PATH | R412542 | Warner Bros. Entertainment Inc. |
| Public Enemy's Wife | R320084 | Warner Bros. Entertainment Inc. |
| Quality Street | R334528 | Warner Bros. Entertainment Inc. |
| Race Street | R627224 | Warner Bros. Entertainment Inc. |
| Rachel and the Stranger | R627227 | Warner Bros. Entertainment Inc. |
| Rack, The | RE42-687 | Warner Bros. Entertainment Inc. |
| Ransom | RE151742 | Warner Bros. Entertainment Inc. |
| Rebound | R234889 | Warner Bros. Entertainment Inc. |
| Reckless | R293847 | Warner Bros. Entertainment Inc. |
| Red Dust | R246164 | Warner Bros. Entertainment Inc. |
| Red Light | R648975 | Warner Bros. Entertainment Inc. |
| Red Mill, The | R142828 | Warner Bros. Entertainment Inc. |
| Rendezvous | R303494 | Warner Bros. Entertainment Inc. |
| Return of Dr. X, The | DOC TOR X: R 239927 RETURN OF DOCTOR X: R423743 | Warner Bros. Entertainment Inc. |
| Right Cross | R667097 | Warner Bros. Entertainment Inc. |
| Road to paradise | R208822 | Warner Bros. Entertainment Inc. |
| Road to Singapore, The (1931) | R221917 | Warner Bros. Entertainment Inc. |
| Rogue Cop | RE116754 | Warner Bros. Entertainment Inc. |
| Rose Marie | (1928) R163695 (1936) R310001 (1954) RE116743 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Roughly Speaking | R538960 | Warner Bros. Entertainment Inc. |
| Ruling Voice, The | R226207 | Warner Bros. Entertainment Inc. |
| Run of the Arrow | RE244567 | Warner Bros. Entertainment Inc. |
| Sally | R187771 | Warner Bros. Entertainment Inc. |
| Salute to the Marines | R488699 | Warner Bros. Entertainment Inc. |
| San Francisco | R317202 | Warner Bros. Entertainment Inc. |
| San Quentin 1946 | R570316 | Warner Bros. Entertainment Inc. |
| Saratoga Trunk | R552385 | Warner Bros. Entertainment Inc. |
| Scene of the Crime | R636121 | Warner Bros. Entertainment Inc. |
| Sea Devils | R334526 | Warner Bros. Entertainment Inc. |
| Sea Wolf, The | R452010 | Warner Bros. Entertainment Inc. |
| Second Chance | RE104287 | Warner Bros. Entertainment Inc. |
| Secret Six, The | R213542 | Warner Bros. Entertainment Inc. |
| Sergeant York | R460028 | Warner Bros. Entertainment Inc. |
| Seven Keys to Baldpate 1930 | R204811 | Warner Bros. Entertainment Inc. |
| Seven Keys to Baldpate 1947 | R586035 | Warner Bros. Entertainment Inc. |
| Seven Sweethearts | R467145 | Warner Bros. Entertainment Inc. |
| Shadow on the Wall | R646601 | Warner Bros. Entertainment Inc. |
| She Had to Say Yes | R260648 | Warner Bros. Entertainment Inc. |
| Sheepman, The | RE279851 | Warner Bros. Entertainment Inc. |
| Shine on Harvest Moon | R 521 030 | Warner Bros. Entertainment Inc. |
| Ship Ahoy | R460357 | Warner Bros. Entertainment Inc. |
| Show Business | R506039 | Warner Bros. Entertainment Inc. |
| Show of Shows, The | R182907 | Warner Bros. Entertainment Inc. |
| Show-Off, The | 1934: R271847 1946: R556821 | Warner Bros. Entertainment Inc. |
| Singing Nun, The | RE621435 | Warner Bros. Entertainment Inc. |
| Sister Kenny | R560805 | Warner Bros. |

| | | |
|---|---|---|
| | | Entertainment Inc. |
| Sky's the Limit, The | R493280 | Warner Bros. Entertainment Inc. |
| Slightly Dangerous | R479661 | Warner Bros. Entertainment Inc. |
| Small Town Girl (1936) | R313708 | Warner Bros. Entertainment Inc. |
| Small Town Girl (1953) | RE43651 | Warner Bros. Entertainment Inc. |
| So This is Love | RE82033 | Warner Bros. Entertainment Inc. |
| So This is Paris | R132287 | Warner Bros. Entertainment Inc. |
| Soldiers Three | RE10223 | Warner Bros. Entertainment Inc. |
| Son of a Sailor | R272616 | Warner Bros. Entertainment Inc. |
| Son-Daughter, The | R249560 | Warner Bros. Entertainment Inc. |
| Sporting Blood | 1931: R219710 1940: R413685 | Warner Bros. Entertainment Inc. |
| Stage Mother | R263609 | Warner Bros. Entertainment Inc. |
| Stamboul Quest | R278881 | Warner Bros. Entertainment Inc. |
| Stand by for Action | R474518 | Warner Bros. Entertainment Inc. |
| Stars in My Crown | R 653 592 | Warner Bros. Entertainment Inc. |
| Station West | R627228 | Warner Bros. Entertainment Inc. |
| Stolen Life, A | R555068 | Warner Bros. Entertainment Inc. |
| Strange Lady in Town | RE163876 | Warner Bros. Entertainment Inc. |
| Student Prince in Old Heidelberg, The | R160871 | Warner Bros. Entertainment Inc. |
| Successful Calamity, A | R242629 | Warner Bros. Entertainment Inc. |
| Sunday in New York | RE543418 | Warner Bros. Entertainment Inc. |
| Super Sleuth | R354276 | Warner Bros. Entertainment Inc. |
| Susan Slade | RE 434 240 | Warner Bros. Entertainment Inc. |
| Susan Slept Here | RE148079 | Warner Bros. Entertainment Inc. |
| Swing Your Lady | R359654 | Warner Bros. Entertainment Inc. |
| Take Me out to the Ballgame | R628866 | Warner Bros. Entertainment Inc. |
| Tarzan's Desert Mystery | R516498 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Task Force | R642536 | Warner Bros. Entertainment Inc. |
| Test Pilot | R359844 | Warner Bros. Entertainment Inc. |
| Thank Your Lucky Stars | R498975 | Warner Bros. Entertainment Inc. |
| These Wilder Years | RE189382 | Warner Bros. Entertainment Inc. |
| They Call it Sin | R244302 | Warner Bros. Entertainment Inc. |
| They Won't Believe Me | R584159 | Warner Bros. Entertainment Inc. |
| Third Finger, Left Hand | R419636 | Warner Bros. Entertainment Inc. |
| This Man's Navy | R520961 | Warner Bros. Entertainment Inc. |
| This Time for Keeps | R455708 | Warner Bros. Entertainment Inc. |
| This Woman is Dangerous | RE50803 | Warner Bros. Entertainment Inc. |
| Those Endearing Young Charms | R535523 | Warner Bros. Entertainment Inc. |
| Three Loves Has Nancy | R367401 | Warner Bros. Entertainment Inc. |
| Three Sailors and a Girl | RE82040 | Warner Bros. Entertainment Inc. |
| Three Strangers | R548093 | Warner Bros. Entertainment Inc. |
| Thrill of a Romance | R529402 | Warner Bros. Entertainment Inc. |
| Today We Live | R256223 | Warner Bros. Entertainment Inc. |
| Too Much, Too Soon | RE288116 | Warner Bros. Entertainment Inc. |
| Too Young to Kiss | RE10243 | Warner Bros. Entertainment Inc. |
| Top Secret Affair | RE253371 | Warner Bros. Entertainment Inc. |
| Torrent, The | R125379 | Warner Bros. Entertainment Inc. |
| Tovarich | R359660 | Warner Bros. Entertainment Inc. |
| Trial | RE151739 | Warner Bros. Entertainment Inc. |
| Trouble for Two | R316573 | Warner Bros. Entertainment Inc. |
| Tugboat Annie | R260802 | Warner Bros. Entertainment Inc. |
| Twelve Miles Out | R151557 | Warner Bros. Entertainment Inc. |
| Twenty Plus Two | RE459882 | Warner Bros. Entertainment Inc. |
| Two Guys from Texas | R615346 | Warner Bros. Entertainment Inc. |

| Two Sisters From Boston | R 546 907 | Warner Bros. Entertainment Inc. |
|---|---|---|
| Two Tickets to Broadway | RE42690 | Warner Bros. Entertainment Inc. |
| Two Weeks with Love | R674712 | Warner Bros. Entertainment Inc. |
| Unfinished Dance, The | R583044 | Warner Bros. Entertainment Inc. |
| Unguarded Hour, The | R313360 | Warner Bros. Entertainment Inc. |
| Untamed | R197581 | Warner Bros. Entertainment Inc. |
| Until They Sail | RE234938 | Warner Bros. Entertainment Inc. |
| Vanishing Virginian, The | R450438 | Warner Bros. Entertainment Inc. |
| Velvet Touch, The | R627223 | Warner Bros. Entertainment Inc. |
| Venetian Affair, The | RE621437 | Warner Bros. Entertainment Inc. |
| Very Thought of You, The | R533120 | Warner Bros. Entertainment Inc. |
| War Against Mrs. Hadley, The | R466635 | Warner Bros. Entertainment Inc. |
| West Point of the Air | R292174 | Warner Bros. Entertainment Inc. |
| West Point Story | R680887 | Warner Bros. Entertainment Inc. |
| Westward the Women | RE10247 | Warner Bros. Entertainment Inc. |
| Wet Parade, The | R243003 | Warner Bros. Entertainment Inc. |
| Where Sinners Meet | R281531 | Warner Bros. Entertainment Inc. |
| While the City Sleeps | RE222927 | Warner Bros. Entertainment Inc. |
| White Sister, The | R254845 | Warner Bros. Entertainment Inc. |
| Window, The | R637957 | Warner Bros. Entertainment Inc. |
| Wine, Women and Horses | R345394 | Warner Bros. Entertainment Inc. |
| Wings of the Navy | R402218 | Warner Bros. Entertainment Inc. |
| Without Reservations | R570310 | Warner Bros. Entertainment Inc. |
| Woman on Pier 13 | R646636 | Warner Bros. Entertainment Inc. |
| Woman Wanted | R299553 | Warner Bros. Entertainment Inc. |
| Women Men Marry, The | R344939 | Warner Bros. Entertainment Inc. |
| Women, The | R392365 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Wrath of God, The | RE830367 | Warner Bros. Entertainment Inc. |
| Yellowstone Kelly | RE 342 420 | Warner Bros. Entertainment Inc. |
| Young Man With Ideas | RE23188 | Warner Bros. Entertainment Inc. |
| Youngblood Hawk | RE528683 | Warner Bros. Entertainment Inc. |
| Your Cheatin' Heart | RE588129 | Warner Bros. Entertainment Inc. |
| Ziegfeld Girl | R433943 | Warner Bros. Entertainment Inc. |